646

denied. *Mr. John S. Miller* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 941. FRUIT INDUSTRIES, LTD. *v.* BISCEGLIA BROTHERS CORP. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mabel Walker Willebrandt* for petitioner. *Messrs. Joseph W. Henderson* and *Thomas F. Mount* for respondent.

No. 948. TOWNSHEND, TRUSTEE *v.* UNION TRUST CO. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Rolla D. Campbell* and *Selden S. McNeer* for petitioner. *Mr. Walter H. Buck* for respondent.

No. 956. TRUSCON STEEL CO. ET AL. *v.* SIMS. June 5, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Henry N. Ess, Elton L. Marshall,* and *Paul Barnett* for petitioners. No appearance for respondent.

No. 973. SCHUMACHER ET AL., TRUSTEES, ET AL. *v.* SMITH. June 5, 1939. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Mr. Allan P. Matthew* for petitioners. *Mr. Louis E. Goodman* for respondent.

No. 880. CHICKASAW NATION *v.* UNITED STATES. June 5, 1939. Petition for writ of certiorari to the Court